IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-83-D

ROBERT BAUTISTIA, )
)
Plaintiff, )
)
v. ) ORDER
)
F/V PAPA'S GIRL, PAPA'S GIRL, LLC, )
and CHESTER MOORE )
)
Defendants. )

If the action is not dismissed by June 15, 2020, the court will entertain plaintiff's motion to enforce the settlement agreement.

SO ORDERED. This _6_ day of June 2020.

JAMES C. DEVER III
United States District Judge